UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN WOLDING,

        Plaintiff,

v.                                                          Case No. 10-10644
                                                            Honorable Patrick J. Duggan

RICHARD CLARK,

        Defendant.
_____/

## **ORDER**

On February 12, 2010, Plaintiff John Wolding ("Wolding") filed this action against

Defendant Richard Clark ("Clark"), his partner in various "nonstandard auto insurance"

corporations.  In his Complaint, Wolding alleges the following claims against Clark: (1)

violation of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*; (2) "violation

of fiduciary duties and oppression of minority shareholder by controlling shareholder",

Mich. Comp. Laws Section 450.1489; (3) fraud; and (4) "injunctive relief, appointment of

receiver, and accounting."  Presently before the Court is Clark's motion to dismiss Counts

Two, Three, and Four of Wolding's Complaint and to strike Wolding's jury demand with

respect to Counts Two and Four, filed pursuant to Federal Rules of Civil Procedure

12(b)(6) and (7) on April 16, 2010.  Wolding filed a response to the motion on June 3,

2010, and the Court held a motion hearing on September 21, 2010.

For the reasons set forth at the motion hearing, the motion is taken under

advisement.  Plaintiff John Wolding shall file an amended complaint consistent with the

discussions at the motion hearing within seven (7) days of the date of the hearing.

Defendant Richard Clark may file a supplemental motion to dismiss within ten (10) days

of the filing of the amended complaint.

**SO ORDERED**.

DATE: September 22, 2010

<u>s/PATRICK J. DUGGAN</u>
UNITED STATES DISTRICT JUDGE

Copies to:
Michael J. Lebow, Esq.
Sean M. Walsh, Esq.
Paula Johnson-Bacon, Esq.