IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOHN WOLDING,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD CLARK,<br><br>Defendant. | Case No.: 2:10-cv-10644-PJD-VMM<br>HON. PATRICK J. DUGGAN<br><br>ORDER ALLOWING DEFENDANT'S LEAVE<br>TO FILE COUNTERCLAIM |

Pursuant to the Notice and Stipulation allowing Defendant, Richard Clark Leave to File Counterclaim and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Defendant, Richard Clark's Leave to File Counterclaim is granted.

IT IS SO ORDERED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: July 12, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Tuesday, July 12, 2011, by electronic and or ordinary mail.

s/Marilyn Orem
Case Manager